# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

**Plaintiff(s):** Grace Wootham

v.

**Defendant(s):** Tucker Scheffler

**COMPLAINT**

U.S. DISTRICT COURT
DISTRICT OF NH
2020 MAR -4  AM 10: 41
FILED

## Parties to this Complaint
(boxes will expand as you type)

**Plaintiff(s)'s Name, Address and Phone Number**

PO Box 872
Center Conway NH 03813

and (secondary)
3787 Dartmouth College Hwy
N. Haverhill NH 03774

**Defendant(s)'s Name, Address and Phone Number**

130 Dow Ave
Franconia NH 03580
(603) 823-8745

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Box will expand as you type.)

Court has jurisdiction over plaintiff's claims of violation of federal constitutional rights under 42 USC §§ 1331(1) and 1343.
 Supplemental jurisdiction over plaintiff's state law tort claims under 28 USC § 1367.
 he's probably also liable for "conspiracy to interfere with civil rights" 42 USC § 1985 (Ku Klux Act) (3)

## Statement of Claim

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Box will expand as you type.)

Tucker Scheffer dated me exclusively for two years and lied about this, and other material facts in an investigation over who placed an "IED" in Audrey Hall's (his room mate) car. There was no bomb, and Scheffer likely knew this but this didn't stop him from perjuring on an application for a protective order, and at the final hearing itself. His misrepresentations were not only obvious, demonstrable, but also material in establishing the statutorily-required "course of conduct". Finally, Scheffer was so abusive to me during what could only be laughingly called "our relationship" & deliberately indifferent to my history of significant interpersonal-trauma, that he pushed me into a breakdown, which was only exacerbated after he unceremoniously dumped me by protective order.

## Relief Requested from the Court

(Briefly state exactly what you want the Court to do for you. Box will expand as you type.)

I'm seeking compensatory & punitive damages for intentional infliction of emotional distress as well as a really blatant violation of my Due Process Rights, including conspiracy under the Ku Klux Act pt 3. There is also a defamation of character claim, and probably a false imprisonment one as well due to his willfully false statements to law enforcement officers, and others involved in the investigation & prosecution of my allegedly "criminal" behavior.

## Jury Demand

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 2/28/20

Signature: _____ Grace Woodhun, plaintiff

Claim (abbreviated)    [Woodhair v. Scheffer]

1. I dated Tucker Scheffer November 2017 - March 2019.
2. I have a significant history of interpersonal trauma, which Scheffer was aware of. I experienced psychological symptoms while being intimate due to this trauma.
3. Although he knew I needed reassurance, Scheffer was more concerned with maintaining control over the relationship via aggressively managing my expectations. Reasonable questions like, "where do I stand with you?" were met with an equivocal answer. It was difficult for me to draw my own inferences as he would be proposing marriage one week, and telling me we were simply friends the other.
4. He also refused to be on the level about us with his roommate Audrey Hall, who considered herself to be in a relationship with him. Scheffer is bisexual, complained that she was too "straight and boring" and he did not want to have sex with her.
5. I did not particularly want to date Scheffer and pursued other relationships but likewise found them too "straight and boring" (I am also bisexual).
6. Hall took an instant dislike to me, and, as she likely has some kind of personality disorder, began to project her own sexual frustration & jealousy, telling Scheffer that I was likely to get him in trouble with false rape accusations, or "bring him down with" me (in his career).
7. As this drama unfolded, I was still struggling with flashbacks, unwanted memories of prior negative experiences, and an unreasonable fear of abandonment. Scheffer didn't seem especially sympathetic so much as annoyed by my intermittent "clinginess," and tried to convince me his own behavior (not calling for several weeks without an explanation) was normal.
8. As the lying & gaslighting grew worse so did my mental health. I called my GP for a prescription for Prozac, and while it helped a little with the depression it also seemed to make me excessively angry & impatient.
9. I finally told Audrey what was going on, hoping to resolve the matter one way or another, and Scheffer's immediate response was to be angry at me for creating "chaos". He then called me up to repeat her verbal abuse — for a new audience — then tried to convince me that their relationship was romantic after all & that I should back off. He claimed that he and Audrey were closer than him & I which was likely true as due to his commitment-phobia / general laziness he'd put no work into our relationship whatsoever & it had degraded accordingly.
10. I planned a visit to his house a couple days later only to run into Audrey, who accused me of having an "affair", and called me a whore, stating that the only reason he spent time with me was because we were sleeping together. She then accused me of only disclosing the relationship in order to manipulate him into choosing me, which yet again, seemed much more indicative of her own thought process. When I asked her why she was fighting so hard to stay in a relationship which was clearly not romantic, she sighed long-sufferingly & said, "no one's perfect".

## Incoming Property Notification

**Inmate:** ___Woodham, Grace___

**Date:** ___1-14-20___

**From:** ___Amazon.com___

This is to advise you that property has been placed into your property bag. The item or items received may have been placed into property for various reasons. It, (or part of it), may be considered contraband if allowed into the secured facility. You may write a request to the Property Officer, via Kiosk, if you would like to receive any portion of the property that was placed into your property bag. You may also write a request to exchange property that is in your personals for property that you have in the housing unit, such as a book exchange or the like. Ask your Unit Officer for assistance in this process. Property requests will be addressed one time per week by the Property Officer.

**Inventory of property placed into personals:**

1. **One book: Our Enemies in Blue**

2. **Magazine: The Guardian Weekly (10 January)**

3. _____

4. _____

5. _____

11. I'd hoped this would be a nice moment to talk some things out between the two of us but Hall insisted on assaulting me with a barrage of escalating bogus legal threats such as "stalking" or "harassment" and even though I hadn't broken any laws, I chose this moment to exit stage left. As I leave the premises she follows me, cursing & screaming incoherently.

12. I wrote a quick note to Scheffer when I arrived home indicating what had happened & was greeted with what was nearly a word-for-word repeat of Audrey's harangue, from Scheffer himself, who it appears does not have much in the way of interpersonal insight.

13. Thinking it a waste of time but hoping it might do some good I wrote to Audrey again explaining that Scheffer was gay, had a special affinity for my strap-on, hoping she could then deduce that pointing fingers was useless & destructive when this was really an issue of sexual orientation. My good intentions were met with an angry voicemail, from Hall, informing me that my "game was through", that if I contacted her with such rude, offensive statements again she would "press charges", and ended in her bragging that she had manipulated Scheffer into perjuring in a statement to Franconia PD.

14. I met with Scheffer one last time, where he confirmed the report, blamed me for the incident, then, overcome with lust, made out with me, told me he loved me, realized he wanted to fuck me, & unable to reconcile this with some idée fixe that I wasn't his "real" girlfriend, literally ran away.

15. In the meantime I'd developed a drinking habit, as well as prescription painkiller abuse habit to deal with my personal life drama & newly reactivated Post Traumatic Stress Child Abuse Edition. I do not and have never had a substance abuse problem. I called Tucker a few times a week over the next month hoping for a sympathetic ear but couldn't tell if he was ignoring me or was too oblivious/busy/rude to engage in basic social etiquette which is typical of him.

16. One night in early April I was awoken from a deep sleep by the Conway PD, who served me an emergency protective order. According to the state police someone had thrown a homemade bomb in her car and of course she said it was me. It turns out, as the many experts on the scene should have reasonably known, this was merely a piece of trash, however it gave Hall a platform to launch into histrionics about how "harassing" and generally horrible I was. Although Scheffer was not in any way involved in this series of events, or affected by them, he apparently had standing to repeat her slander verbatim, with the addition of a few jibes about me calling him nonstop despite no affirmative communications from him one way or another that this was unwanted.

17. One of the police officers asked whether this were an ex-boyfriend of mine. "I guess he is now," I responded: far away the lamest breakup I've ever had, including the dude who got butthurt that I ignored him for a week because I was too busy living in my car. (& told me so over text)

18. Apparently Scheffer downplayed our relationship to the investigating officer at Franconia PD, trying to frame me as the instigator & seductress, and denying that he'd ever represented his cohabiting relationship with Hall as purely platonic. This lent a sense of moral outrage to Officer Cashin who placed me firmly in the "wellmeaning husband has affair with immoral young woman" trope, and was appropriately abusive about it during a subsequent interrogation.

19. I'm not clear on the extent of Scheffer's misrepresentations as the last time I had an opportunity to view the interviews I wasn't on enough Xanax.

20. At the protective order hearing Scheffer gave a narrative of my encounter with Audrey 2/12/19, despite at least suspecting it was false, as it contradicted directly with my own. He also told the judge that the letters I'd sent to his house were "harassing" (including the LGBTQ domestic violence pamphlets a concerned friend had given me on his behalf).

[Woodham v. Scheffer]

## Incoming Property Notification

**Inmate:** <u>Woodham, Grace</u>

**Date:** <u>January 28, 2020</u>

**From:** <u>Magazine</u>

This is to advise you that property has been placed into your property bag. The item or items received may have been placed into property for various reasons. It, (or part of it), may be considered contraband if allowed into the secured facility. You may write a request to the Property Officer, via Kiosk, if you would like to receive any portion of the property that was placed into your property bag. You may also write a request to exchange property that is in your personals for property that you have in the housing unit, such as a book exchange or the like. Ask your Unit Officer for assistance in this process. Property requests will be addressed one time per week by the Property Officer.

**Inventory of property placed into personals:**

1. <u>The Guardian Weekly (January 24, 2020)</u>

2. _____

3. _____

4. _____

5. _____

21. According to Scheffler, the notes I'd written to Audrey as a kind of ham-fisted peace offering were so objectively offensive in their direct representation of non-heteronormative sex acts that my only possible intention was to "harass" her out of the house she'd been living in rent-free for however many years. Since I'd hardly seen Scheffler since January, and so could really be unlikely to have been deluded into believing I was in any sort of relationship with him myself, it's hard to see that either of them believed this to be true. (In fact he'd confided in me how exciting it was for him to imagine being penetrated, although he was disappointed that I'd aroused some kind of irrational, vindictive reaction in Hall).

22. Obviously Hall's excessive concern with the secondary benefits of her "relationship" with Scheffler says a lot more about her own priorities than anything going on in my head.

23. Figuring the deck was stacked against me, I wasn't particularly motivated to even show up for the hearing but for some stupid reason I wanted to speak with Scheffler. I caught the two of them as they exited the building about ten or fifteen minutes before the hearing was scheduled to end, they both glared at me with a look of intense hatred, but when he stopped to look me in the eye he seemed to be drawing a blank, as if assessing a stranger. He quickly repeated some of Audrey's slanders, let me know how torn up about it he was, then told me he didn't know who I was anymore.

24. I told Scheffler that I wasn't okay & needed someone to talk to but he'd already made up his mind & turned on his heel and walked away.

25. In the meantime, I was continuing to have an adverse reaction to the SSRIs I'd been taking: although they provided the necessary motivation to pull myself out of bed in the morning, they also made me manic. By this point, I'd accumulated quite an impressive sleep debt, which had the predictable effect of eating into the quality of my cognition which made it a lot more difficult to exercise adequate self-protection against people who were actively trying to fuck me over.

26. At some point, the psychopaths at Franconia PD manufactured enough evidence against me to have me arrested and held without bail on the pretext that I had n'd respected this obviously perjured protective order. It's possible that they were at times reporting, in good faith, Scheffler's false or misleading statements regarding our involvement, but even this is difficult to justify as he quite clearly fails the Aguilar-Spinelli test.

27. For what it's worth, I'm genuinely concerned about Scheffler, because although he seems to play an active role in this situation, I'm not sure how well he reads into things. This, along with the massively inappropriate psychotropic medication I was taking, kept me up at night, and so I've contacted a number of people on his behalf, like his friends, various domestic violence agencies, and New Hampshire DHHS (services for vulnerable adults).

RELIEF

I'm claiming compensatory damages against Scheffler for what seems like really blatant intentional infliction of emotional distress as well as violation of my Due Process rights. I want to be explicit with the court that Scheffler's perjury was material i.e. he used it to establish the "course of conduct" as required by statute. I may have a false imprisonment claim, and certainly one for defamation of character, assault (threats of legal action/arrest).

AMEND

I request the court's leave to amend as I get a clearer picture of Scheffler's false statements to law enforcement officers' influence on possible charges & (very unlikely) convictions.

| Date/Time | Description | Number | Duration | Type | Charge |
|---|---|---|---|---|---|
| | Call) | | | | |
| 01/04/2019,05:06 PM | Incoming to Canada (Telus) | (207) 777-8080 | 1 Min | Roaming | 0.25 |
| 01/04/2019,03:28 PM | Canada (Telus) to MONTREAL, QC | (514) 282-8069 | 2 Min | Roaming | 0.50 |
| 01/04/2019,03:12 PM | Canada (Telus) to MONTREAL, QC | (514) 282-8069 | 7 Min | Roaming | 1.75 |
| 01/04/2019,03:11 PM | Canada (Telus) to MONTREAL, QC | (514) 282-8069 | 1 Min | Roaming | 0.25 |
| 01/04/2019,09:07 AM | Incoming to Canada (Telus) | (603) 348-1924 | 36 Min | Roaming | 9.00 |

**1**   **2**   **3**

Download usage records

English   Español

Support

Store locator

Contact us

Coverage

T-Mobile.com

Copyright ©2002-2019 T-Mobile USA, INC

About   Investor relations   Press   Careers   Deutsche Telekom   Puerto Rico
Privacy policy   Interest-based ads   Privacy Center   Consumer information   Public safety/911   Terms & conditions   Terms of use
Accessibility   Open Internet

Woodham v. Scheffer
(expanded) claims for relief

6. Declaratory relief that letters are not "harassing"
7. Injunctive relief for Boyle to edit the P.O. accordingly.

1. Scheffer's behavior is difficult for even a mature, emotionally-balanced individual to manage. I was that person at one point. Several months of mixed signals & sniping from a person who appeared to be a room mate (but whose relationship he never bothered to clarify — with either of us) changed that. Scheffer's continued insistence on never taking responsibility for his bizarre, commitment phobic neuroses & instead leveraging his life experience to manipulate someone decades younger into conforming to his self-serving agenda states an intentional inflictional of emotional distress claim.

2. Good etiquette & common decency dictate that you break up with a person, explicitly, before fucking off for a month without explanation. Signing off on an emergency protective order is a not-so-good way to do this. Intentional infliction of emotional distress.

3. Because he (probably) has autism,* Scheffer was conned into believing I was "harassing" and bullying gold digging room mate Hall when in fact it was the other way around. He made some vague threat over email over backing her in pressing charges against me. Get help, mate, this is what creepy ex-husbands do in custody battles so that they can get back at the ex-spouse for whatever. Coaching Junior to tell the judge that mommy molested him is a pretty clear signal that you don't have his best interests at heart. Regardless, threatening someone with (implied) arrest is still assault.

4. It requires a very active imagination, or very deep grudge against the writer of the letters deemed as "harassing" to believe as much. Scheffer certainly didn't, & told me this. Again, this is clearly evident from our email exchange. Really blatant Due Process violation as well as false imprisonment tort.

5. Scheffer's evasions of the truth to Franconia PD probably forms the basis of another false imprisonment claim, depending on the outcome of some ongoing litigation.

* During the period of our less conflicted (and much more rewarding) platonic relationship, Scheffer would engage in odd, inappropriate behavior, and then have no insight that this was this case. For example, when on a nature walk, he decided he needed to go to the bathroom, and with no regard for his modesty, unzipped and took a leak, right in front of me. While through a fluke of nature I was spared sight of the ivory serpent, a bigger, better instrument in the hands of the selfsame man might have wreaked irreparable damage on my yet-virgin eyes. My friend Menace says this is the very litmus test of Asperger's & I cannot but agree.

## Incoming Property Notification

**Inmate: __Woodham, Grace_____**

**Date:___October 22, 2019_____**

**From: _Consolidated/Magazine_____**

This is to advise you that property has been placed into your property bag. The item or items received may have been placed into property for various reasons. It, (or part of it), may be considered contraband if allowed into the secured facility. You may write a request to the Property Officer, via Kiosk, if you would like to receive any portion of the property that was placed into your property bag. You may also write a request to exchange property that is in your personals for property that you have in the housing unit, such as a book exchange or the like. Ask your Unit Officer for assistance in this process. Property requests will be addressed one time per week by the Property Officer.

**Inventory of property placed into personals:**

1. **__Consolidated communications bill – placed into personals**

2. **_Magazine: The Gaurdian Weekly (October 2019) – placed into personals. May request to property officer**