Grove Woodhen
3267 Dartmouth Coll Hwy
P. Haverhill NH 03774

NH District Court (US federal)
55 Pleasant Street
Concord NH 03301

UNITED STATES POSTAGE
02 1P
0000743063 MAR 02 2020
MAILED FROM ZIP CODE 03774
$000.50⁰
PITNEY BOWES

ATTENTION!! This correspondence is forwarded from the Grafton County Department of Corrections. The contents have not been evaluated and the GCDOC is not responsible for the substance or content of the enclosed communication.