# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: US District Court

Case Name: Woodman v. Schelle

Case Number: 20 - fp - 304
(if known)

## MOTION FOR: Injunction / Summary judgment (expedited)

The plaintiff, Grace Woodman.

states the following facts and requests the following relief:

The jail refuses to print me out any sort of financial statement, expecially because I have indicated it is for court. This is their lawbell attempt at making it as difficult as possible for me to file lawsuits while incarcerated. Please instruct them to provide a (printed) financial statement ASAP.

I also need copies of all motions / suits sent to court as I am not able to make copies.

3/13/20
Date

Signature

Telephone                                    Address

I certify that on this date I provided a copy of this document to _____ (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

3/13/20
Date

Signature

## ORDER

☐ Motion granted.          ☐ Motion denied.

**Recommended:**

Date                                         Signature of Marital Master

                                             Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date                                         Signature of Judge

                                             Printed Name of Judge