**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Grace Woodham

    v.                                              Case No. 20-cv-304-LM

Tucker Scheffer

**O R D E R**

Plaintiff, an inmate at the Grafton County Department of Corrections ("Institution"), has filed a motion to proceed without prepaying fees or costs in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. For the six-month period preceding the filing, the plaintiff's average monthly deposits have been $0.00 and his average monthly balance has been $0.00. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed without prepayment of fees is GRANTED and an initial filing fee is assessed in the amount of $0.00 pursuant to 28 U.S.C. § 1915(b)(1) and LR 4.2(c)(2)(A). In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds

$10.00 until the sum of $350.00 has been paid.  28 U.S.C. § 1915(b)(2); LR 4.2(c)(2)(B).

The initial and monthly payments, as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order.  A copy of this Order, along with a copy of the signed Prison Consent Form (doc. no. 3), shall be forwarded by the Court to the Institution's inmate account department.

SO ORDERED.

/s/ Daniel J. Lynch
Daniel J. Lynch
United States Magistrate Judge

3/24/2020

cc: Grace Woodham, pro se
    Grafton County Department of Corrections, Inmate Accounts