```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Grace Woodham

    v.

                                          Case No. 20-cv-304-LM

Tucker Scheffer

## JUDGMENT

Judgment is entered in accordance with the Order by Chief Judge Landya B. McCafferty dated February 24, 2021, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 29, 2021.

                                                      By the Court:

                                                      /s/ Tracy A. Uhrin
                                                      Tracy A. Uhrin
                                                      Chief Deputy Clerk

Date: February 25, 2021

cc:   Grace Woodham, pro se