Woodham v GCDoC et al   1:19-cv-1194-JL

FILED - USDC-NH
2021 MAR 15 PM 1:42

## COMPLAINT 13

From ~2/8/20 to about April of that year, defendants repeatedly filmed me, without my consent, and despite my repeat protests. Frequently they tried to do so surreptitiously, as I refused to engage in dialogue while being recorded.

2. This began when one day, frustrated with the requirement that I, and no other inmate, was required to wear restraints when leaving the subunit, I refused to wear them altogether.

3. When I asked why this was necessary, given that I was an 160 lb woman with chronic illness who hadn't engaged in anything remotely resembling cardiovascular exercise in nearly a year, I was informed that this was "policy". However, Ofc BEATRICE insinuated it was because I had "laid hands on one of [the staff]".

4. I had been repeatedly attacked by (male) staff members but had not initiated any of these altercations. Furthermore, the jail refused to acknowledge those assaults.

5. The typical scenario played out like this: two officers would come to my cell, one with a recording device, the other with the shackles. Then, they would try to trick me into saying that I was refusing to see the doctor, or go to court, or wherever they planned to escort me.

6. I was always very clear that I wanted to get medical treatment or attend my hearing, which was ultimately pointless I think as they'd only document that I'd "refused" anyway.

7. This practice ceased in April 2020 when I was moved from the subunit and they were no longer blatantly discriminating against me.

RELIEF: Filming me for a prosecutorial versus safety and security function is a violation of my 4th Amendment rights according to the body of case law on the topic (I'd cite specific ones but I've been denied access to my reference material). Since it appears to have been a policy of the jail's to film me under these specific circumstances, I'm holding the county liable for compensatory damages.

8. I'm unable to be more specific with regards to those directly culpable as my notes from this period were destroyed. Likewise I'm waiving the Due Process claim as I am unable to research it at this time.

Mailed to US District Court - NH by ___ Grace Woodham, pro per
3/2/21

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Carroll Superior Court
96 Water Village Rd., Box 3
Ossipee NH  03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

**GRACE WOODHAM**
**3787 DARTMOUTH COLL HWY**
**N HAVERHILL NH  03774**

US DISTRICT COURT - NH

Woodham v. State (habeas petition)

20 - cv - 537 - PB

ADDENDUM

1. I've been incarcerated at Grafton Jail since June 2019, nearly two years. Since my attorney did no work on my case within the 1st year except to have me evaluated (by a supremely underqualified practioner) and the jail's medical care is unconstitutionally insufficient, my health has degraded to the extent that I am unable to stand trial.

2. In July 2019, I was evaluated by Eric Dragon, a forensic psychologist, who documented in his report, dated August 2019, that it was "difficult to see how she could presently be able to [stand trial]" which he ascribed to "the difficulties [I have] experienced obtaining effective treatment while incarcerated". (Exhibit A)

3. In September 2019, both my attorney & the prosecutor made an informal agreement that I would be found incompetent & unrestorable. However, they have since been unable to resolve my case. Moreover, I have been exhibiting these symptoms since at least early March 2019, when the Court resolved to have me evaluated for competency.

4. Since resolution of a competency plea only requires an agreement between prosecution & defense attorneys, the State cannot ascribe the delay to Covid. Keeping me incarcerated where I cannot receive adequate medical treatment states an 8th Amendment claim. Keeping me incarcerated while I have been deemed incompetent to stand trial due to a serious, chronic medical issue is a violation of my Due Process rights (Oregon Advocacy v. Mink)

5. Moreover, the State's proposed solution, which is to have me committed to the care of my parents, grossly disregards my safety & wellbeing as it's been extensively documented thru my pharacentic & medical records that they are & have been extremely abusive. I've made my attorney aware of this & he does not seem to give a shit (therefore this petition).

6. According to various police officers & witnesses, who either are or should be under investigation for perjury, I cannot be unleashed upon the community for fear I will "stalk" or "harass" the so-called victims. Meanwhile, the State's own discovery demonstrates that my proposed guardians have both stalked & abused me.

7. As demonstrated in accompanying documents, and lawsuits also filed in this court, the State has no case, everyone is liable to me for damages, and keeping me here is, therefore, not only cruel & unusual punishment, but denial of my Constitutionally protected right to liberty.

Mailed to US District Court - NH 3/2/21 by [Mary] Grace Woodham, pro per

Case Name: _Woodham v. Drukteinis_

Case Number: _____

**MOTION FOR WAIVER OF FILING FEES**

## FOR COURT USE ONLY

☐ Motion Granted.                    ☒ Motion Denied

☐ Motion granted, in part.  Filing fee reduced, party to pay $ _____

    Plaintiff does not qualify for fee waiver. See her financial affidavit.

_____          _____
**Date**                                                  Honorable Lawrence A. MacLeod, Jr.
                                                  February 28, 2020

      **Clerk's Notice of Decision**
      **Document Sent to Parties**
      **on** 03/04/2020

CUISHOLM V. SCHMIDTLE

20 - CV - 304 - LM

| | | |
|---|---|---|
| Grafton Superior court<br>3785 Darthmouth college highway<br>N Haverhill NH 03774 | | |
| **02/09/21 05:58**<br>NH Supreme court<br>Attorney Discipline Office<br>4 chenell drive suite 102<br>Concord NH 03301 | Mail - Incoming | Unit E - Female E07 |
| **02/08/21 23:29**<br>Franconia Town Hall<br>421 Main St<br>Franconia NH 03580 | Mail - Outgoing | Unit E - Female E - 07 - B |
| **02/08/21 23:29**<br>Mark Sisti Esq<br>387 Dover Rd<br>Chichester NH 03258 | Mail - Outgoing | Unit E - Female E - 07 - B |
| **02/08/21 23:28**<br>NH District Court<br>55 Pleasant St<br>Concord NH 03301 | Mail - Outgoing | Unit E - Female E - 07 - B |
| **02/07/21 21:51**<br>NH Jubical Branch Admin Officers<br>ATTN: Electronic Filing Center<br>1 Granite PD Suite N400<br>Concored NH 03301 | Mail - Outgoing | Unit E - Female E07 |
| **02/07/21 21:50**<br>Gregory Sulliven Erg 59 Water St<br>Higham Horbor MA 02043 | Mail - Outgoing | Unit E - Female E07 |
| **02/07/21 21:49**<br>Litteton PD<br>ATTN: OFC Chris Tyler<br>2 Kittredge LN<br>Litteton NH 03561 | Mail - Outgoing | Unit E - Female E07 |
| **02/06/21 03:35**<br>United States District Court<br>Officer Of The Clerk<br>55 Pleasant Street, Room 110<br>Concord, NH 033013941 | Mail - Incoming | Unit E - Female E07 Legal |
| **02/06/21 03:34** | Mail - Incoming | Unit E - Female E07 |

*Well before deadline*

Made by **ZUΞRCHER**

MOTION TO RECONSIDER EXHIBIT A



**Inmate Activities**

## WOODHAM, GRACE (#20190463)

**Activity** Mail    **Date**    between 2021-01-01 and 2021-02-12
**Location** All Locations **Refused**   All
**Status**    All Statuses **Cancelled?** No
**Other**

| From Date | To Date | Activity | Location | Refused |
|---|---|---|---|---|
| 02/10/21 22:23 | | Mail - Outgoing | Unit E - Female E07 Outgoing - Legal | |
| Attorney Discipline Office 4 Chenell Drive, Suite 102 Concord, NH 03301 | | | | |
| 02/10/21 22:22 | | Mail - Outgoing | Unit E - Female E07 Outgoing - Legal | |
| NH District Court 55 Pleasant St Concord, NH 03301 | | | | |
| 02/09/21 22:21 | | Mail - Outgoing | Unit E - Female Mail | |
| NH Supreme Court Att: Clerk ? Library | | | | |
| 1 Charles Doe Drive Concord NH 03301 | | | | |
| 02/09/21 06:01 | | Mail - Incoming | Unit E - Female E07 | |
| Community action 610 Sullivan st suite 302 Berlin NH 03570 | | | | |
| 02/09/21 06:00 | | Mail - Incoming | Unit E - Female E07 | |
| Martin and Hipple 22 Bridge st suite 3 Concord NH 03301 | | | | |
| 02/09/21 05:59 | | Mail - Incoming | Unit E - Female E07 | |

Made by **ZUΞRCHER**

EXHIBIT B

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: _Grafton Superior_

Case Name: _Woodham v. Scheller_

GCSC-JAN15'20AM 9:49

Case Number: 215-2020-Cv-00079
(if known)

## MOTION FOR WAIVER OF FILING FEE

I, _Grace Woodham_ , hereby request that the Court waive the filing fee in this case as I do not have the financial ability to pay these fees at this time.

I have completed a Statement of Assets and Liabilities which is being filed with this motion.

In support of this motion, it is stated as follows:

_indigent inmate @ Grafton HoC_

Wherefore, it is respectfully requested that this Court waive the filing fee in this case.

_Grace Woodham_ | _[signature]_ | 1/15/20
Name of Filer | Signature of Filer | Date

Law Firm, if applicable | Bar ID # of attorney | Telephone

_Grafton Jail_
Address | E-mail

City | State | Zip code

EXHIBIT B

**Case Name:** _Woodman v. Schuller_

**Case Number:** _____

**MOTION FOR WAIVER OF FILING FEES** _____

## FOR COURT USE ONLY

☐ Motion Granted.                      ☒ Motion Denied

☐ Motion granted, in part.  Filing fee reduced, party to pay $ _____

Plaintiff does not qualify for fee waiver. See her financial affidavit.

_____
Honorable Lawrence A. MacLeod, Jr.

**Date**                                February 28, 2020

Clerk's Notice of Decision
Document Sent to Parties
on  03/04/2020

NHJB-2311-Se (07/01/2018)              Page 2 of 2

EXHIBIT C

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Carroll Superior Court
96 Water Village Rd., Box 3
Ossipee NH  03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us s

## NOTICE OF DISMISSAL

Case Name:     **Grace Woodham v Tucker Scheffer**
Case Number:   **212-2019-CV-00202**

**Notice to Parties:**

For non-compliance with Rule 201, action dismissed for failure to pay required filing fee.

C: Grace Woodham

(406)

NHJB-4030-Se (07/01/2018)

EXHIBIT D

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: Carroll Superior

Case Name: Woodham v. Scheffer,

Case Number: 212-2019-CV-00202
(if known)

**MOTION FOR:** Waiver of filing fee

The Plaintiff, Grace Woodham,
states the following facts and requests the following relief:

I am unemployed, disabled, and living off SSDI benefits. I am willing
to prove indigency by any means the court deems just.

Date: 10/30/19

Signature: [signature]

Address: PO Box 892 Ctr Conway NH 03813

Telephone:

I certify that on this date I provided a copy of this document to Carroll Sup Ct. (other party) or to
please forward as necessary (other party's attorney) by: ☐ Hand-delivery OR ☒ US Mail OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: 10/30/19

Signature: [signature]

---

## ORDER

☒ Motion granted in part.  ☐ Motion denied.
**Recommended:** Filing fee reduced to $10.  Plaintiff is still responsible for sheriff's
fees.

Date:

Signature of Marital Master:

Printed Name of Marital Master:

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial
referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts
determined by the marital master/judicial referee/hearing officer.

Date: November 12, 2019

Signature of Judge: [signature] Amy Ignatius

Printed Name of Judge: Honorable Amy L. Ignatius

Clerk's Notice of Decision
Document Sent to Parties
on 11/14/2019

EXHIBIT E

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: _Carroll Superior_

Case Name: _Woodman v. Schuffu, Woodman v. Hill_

Case Number: _212-2019-CV-202, 203_
(if known)

MOTION FOR: _Waiver of service_

The _Plaintiff, Grace Woodman,_

states the following facts and requests the following relief:

_My financial affidavit demonstrates: I have about $3000 unpaid debt which is nearly the entire fund of my combined bank accounts._

_I'm an inmate @ Grafton Jail, ~$1500 in debt, and have no means of personally paying the sheriff. (Ironically, I'm being held for violating this protective order which — as I will show — should never have been issued in the first place)_

Date: _1/20/20_

Signature: _____

Telephone: _____

Address: _Grafton Jail_

I certify that on this date I provided a copy of this document to _Carroll Sup Ct._ (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☒ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: _1/20/20_

Signature: _____

---

### ORDER

☐ Motion granted.     ☐ Motion denied.

Recommended:

Date: _____                    Signature of Marital Master

                                   Printed Name of Marital Master

So Ordered:

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date: _____                    Signature of Judge

                                   Printed Name of Judge

NHJB-2201-DFS (03/25/2013)                    Page 1 of 1

EXHIBIT F

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: _Grafton Superior_

Case Name: _Woodhem v. GCDoC_

Case Number: _215-2019-CV-472_
(if known)

## MOTION FOR: _reconsider (waiver of filing fee)_

1. Name of Person filing Motion _plaintiff, Grace Woodhem_

   Relationship to case: _____

2. Attorney Name _____ Bar ID# _____

3. The specific basis is or reasons for my Motion are as follows:

   _On 4/2/20, the Court denied a waiver of filing fee, citing she did not meet the "requirements". The plaintiff wonders what the financial requirements for said fee waiver would be, given that she has an actual balance of debt & assets, as per her affidavit._

4. I request the following relief:

   _Please reconsider & elucidate._

_4/9/20_
Date

_(signature)_
Signature

I certify that on this date I provided a copy of this Motion to _Court / defendant_ (other party or other party's attorney) by:

[X] Hand-delivery   OR   ☐ US Mail   OR   ☐ E-mail (E-mail only by prior agreement of the parties based on Court Administrative Order).

_4/9/20_
Date

_(signature)_
Signature (must be signed in presence of notarial officer)

State of _____, County of _____

This instrument was acknowledged before me on _____ by _____

My Commission Expires _____
Affix Seal, if any

_____
Signature of Notarial Officer / Title

## ORDER

☐ Motion granted.   [X] Motion denied.   The plaintiff cites no fact or law which the court misunderstood or overlooking which warrants a modification of the order.

_____
Date

_____
Signature of Judge

**Clerk's Notice of Decision
Document Sent to Parties
on** 04/24/2020

_____
Printed Name of Judge

_(signature)_

Honorable Lawrence A. MacLeod, Jr.
April 23, 2020

NHJB-2839-S (07/19/2013)                     Page 1 of 1

EXHIBIT G

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: _Carroll Superior_

Case Name: _Woodham v. Schettla, Woodham v. Hart, Woodham v. Conway PD et al._

Case Number: _212-2019-CV-208 & 203_    212-2019-CV-00218
(if known)

MOTION FOR: _Waiver of filing fee, proceed in forma pauperis_

The _plaintiff, Grace Woodham_
states the following facts and requests the following relief:

_I'm in jail & have no means to pay the required filing fee as I have no access to my money. I am more than willing to have it deducted from my inmate account but have no idea how to facilitate this. If this is excessively difficult for the Court I'm requesting a temporary waiver of the fee so I may proceed with the case until I am released. Thank you._

_11/22/2019_
Date

Signature: _G.C.—_

Telephone

Address: _3787 Dartmouth Coll Hwy N. Haverhill NH 03774_

I certify that on this date I provided a copy of this document to _Carroll Superior Ct_ (other party) or to
_copies forwarded as necessary_ (other party's attorney) by: ☐ Hand-delivery OR ☒ US Mail OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

_11/22/2019_
Date

Signature: _G.C._

---

## ORDER

☐ Motion granted.    ☒ Motion denied.    The plaintiff's financial affidavit recently submitted
indicates significant funds in her bank account.
**Recommended:**

Date                                    Signature of Marital Master

                                        Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial
referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts
determined by the marital master/judicial referee/hearing officer.

January 14, 2020
Date                                    Signature of Judge    _Amy Ignatius_

                                        Printed Name of Judge    Honorable Amy L. Ignatius

Clerk's Notice of Decision
Document Sent to Parties
on  01/14/2020

NHJB-2201-DFS (03/25/2013)              Page 1 of 1              CSC-NOV27'19PM12:15

EXHIBIT H

## THE STATE OF NEW HAMPSHIRE

GRAFTON, SS.                                    SUPERIOR COURT
                                               No. 215-2020-CV-079


Grace Woodham

vs.

Tucker Schaffer


**ORDER**


The plaintiff has not paid the entry fee for the Complaint she filed in this matter.

Accordingly, the Complaint is dismissed, without prejudice.  The case file is closed.

SO ORDERED.

Dated: 4/8/20

_____
Lawrence A. MacLeod, Jr.
Presiding Justice


Clerk's Notice of Decision
Document Sent to Parties
on  04/13/2020

EXHIBIT J

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: _Grafton Superior_

Case Name: _Woodham v. Schaffer_

SCSC-JAN15²⁰AM 9:58

Case Number:
(if known): _____

## STATEMENT OF ASSETS AND LIABILITIES
## FOR INDIVIDUALS AND SOLE PROPRIETORS

1. Name: _Grace Woodham_          DOB: _6/15/62_
2. Residence Address: _Grafton Jail_
3. Mailing Address (if different): _____
4. Marital Status:  ☒ Single    ☐ Married    ☐ Separated    ☐ Widowed
5. List the names, ages, relationships of dependents you support:

   _____
   _____
   _____

6. If you are presently employed, state where and for how long:

   _____      ☐ Full-Time    ☐ Part-Time
7. If unemployed, state last date of employment: _June 2019_
8. When do you anticipate new employment? _never_
9. If your spouse is presently employed, state where and for how long?

   _____      ☐ Full-Time    ☐ Part-Time
10. If spouse unemployed, state last date of employment: _____
11. List other employed household members and their weekly income: _____
12. Please state weekly take-home amount

| | Yours | Spouse's |
|---|---|---|
| Salary/Wages | $ | $ |
| Child Support | $ | $ |
| Alimony | $ | $ |
| Trust Benefits | $ | $ |
| Investment Income | $ | $ |
| Other | $ | $ |
| *Social Security | $ 650 | $ |
| *Welfare Benefits | $ | $ |
| *Veteran's Benefits | $ | $ |
| *Pension | $ | $ |
| **Unemployment Compensation | $ | $ |
| **Worker's Compensation | $ | $ |
| | Total | $ 650 |

13. What money is presently available to you?

| | | |
|---|---|---|
| Cash on hand ......................................................... | $ | 0 |
| Checking account .................................................... | $ | 200? |
| Savings account ..................................................... | $ | 3000? |
| Stocks/Bonds/IRA/Pension ..................................... | $ | 0 |
| | Total | $ 5000? |

EXHIBIT J

**Case Name:** Woodham v. Scheffler

**Case Number:** _____

STATEMENT OF ASSETS AND LIABILITIES FOR INDIVIDUALS AND SOLE PROPRIETORS

14. Please state your **monthly** household expenses:

| | | | | |
|---|---|---|---|---|
| Rent/Mortgage | $ | | Cell Phone | $ |
| Property Taxes | $ | | Clothing | $ |
| Heat | $ | | Transportation | $ |
| Food | $ | | (including gas, maintenance, insurance, repairs) | |
| Utilities | $ 50 | | Other (specify) | |
| Medical/Dental | $ 200 | | _____ | $ |
| Insurance | $ 150 | | _____ | $ |
| **Total** | $ 400 | | | |

15. List any real estate you own, its market value and the amount you owe:
N/A

16. List any vehicles you own (car, truck, boat, motorcycle, snowmobile, RV), their market value and the amount you owe:
N/A

17. List income tax paid last year:         $  0

18. List income tax refund received last year: $  150

19. Other than your monthly household expenses, list any bills you owe, amount owed, to whom, and monthly payment:
~$ 2000 medical
~$ 200 other

20. List which of your bills are court-ordered payments (i.e. alimony, judgment in a law suit, etc.):
N/A

21. Other than those previously mentioned, list anyone to whom you owe money, amount and when it is due:
N/A

22. If anyone owes you money, state name, address, amount due, and when due:
N/A

23. List any property you have transferred within the last three years, to whom and for what price:
N/A

24. List any other assets or expenses not previously mentioned:
N/A

\* Exempt income – The Court may not consider this income. If this represents the sole source of income, the court may not issue a payment order.
\*\* Potentially/partially exempt income – The Court may be unable to consider this income. Based upon the facts of the case, the Court may or may not issue a payment order.

EXHIBIT J

Case Name: _Woodman v Scheffer_

Case Number: _____

**STATEMENT OF ASSETS AND LIABILITIES FOR INDIVIDUALS AND SOLE PROPRIETORS**

---

*For non e-filed cases:*

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☒ hand delivering a copy of this document to:

_Grafton Sup Cr_
Other party                                    Other party's attorney

---

**OR**

*For e-filed cases:*

☐    I state that on this date I am sending a copy of this document as required by the rules of the court.  I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case.  I am mailing or hand-delivering copies to all other interested parties.

---

_Grace Woodman_
Name of Filer

_[signature]_
Signature of Filer

_1/15/20_
Date

Law Firm, if applicable          Bar ID # of attorney

_Grafton Jail_
Address

Telephone

E-mail

City                State        Zip code

Woodham v Scheffer

20-cv-304-LM

MOTION TO RECONSIDER

US District Court NH

FILED - USDC-NH
2021 MAR 15 PM 1:42

Woodham v. Scheller   20-cv-304-LM

## MOTION TO RECONSIDER 2/24/21 ORDER

<u>Facts</u>: I filed a timely objection to Ms Johnstone's R&R. It appears there's been some kind of clerical error. I also have reason to believe my jail is tampering with my mail. (Exhibit A)

2. I've repeatedly requested confirmation of all filed documents as when I began litigating but the Court has not been forthcoming

3. In case the Court is not able to dredge up my existing motion, I've included a brief summary of it here:

    a. I've been forced to seek federal jurisdiction because the Superior Courts do not respect my Due Process Rights & allow me to file in forma pauperis, consistent with my status as an indigent inmate. (see Exhibits B - )

    b. It's my understanding that one can file in Federal Court (under §1983?) if one does not have an avenue of relief in state court. (<u>Reid v NH</u>)(<u>Hudson v Palmer?</u>)

⊥  c. Likewise, I believe there are grounds to state a (§1983) conspiracy & §1983 individual acting as State claim but in the interest of expediting the process haven't made them as I believe the previous argument is sufficient & I would need to request an extension in order to do the necessary research.

    d. At this juncture Grafton Jail has not been forthcoming in providing me with legal reference material and may have even hidden or destroyed some of my own, personal property in their efforts to impede my litigation (<u>see Woodham v. GCDoC</u>)

RELIEF: Please reconsider your decision to close the case, R&R.

Mailed to US District Court - NH by ~~_____~~ Grace Woodham, pro per 3/2/21

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Grafton Superior Court
3785 Dartmouth College Highway
North Haverhill NH  03774

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF DECISION

**GRACE WOODHAM
C/O GRAFTON COUNTY DEPARTMENT OF CORRECTIONS
3787 DARTMOUTH COLLEGE HIGHWAY
NORTH HAVERHILL NH  03774**

Case Name:    **Grace Woodham v John Doe**
Case Number:  **215-2020-CV-00125**

Please be advised that on February 26, 2021 Judge Macleod made the following order relative to:

Motion to Reconsider Reconsideration ( new hearing): "Motion denied."

February 26, 2021

David P. Carlson
Clerk of Court

(466)

C: Martha A. Hornick, ESQ

FILED - USDC-NH
2021 MAR 15 PM 1:42

U S District Court - NH

Woodham v. GCDoC et al

Response to Defendant's Objection (doc 54)

⊗ I'm not sure why defense counsel includes my criminal charges as it appears irrelevant & prejudicial.

⊗ Grafton Jail effectively has no grievance process. Staff here have
⊗ repeatedly denied my requests for a formal grievance. The two exceptions were when I took an issue to Superior Court. They never gave me copies of those grievances, despite my requests, & if I ask for them now will probably claim they "lost" them. I've reported on this issue extensively in a previous complaint.

⊗ For some reason, the staff psychiatrists seem really reluctant to give me the medication I need. I believe this is due to interference from full-time staff members who bring up my so-called disciplinary record upsinuating it's due to some kind of psychiatric issue. This is not only unprofessional, but a violation of various civil rights. It's pretty difficult to prepare legal documents when you're so depressed you can hardly string a sentence together. I hope this provides an adequate rebuttal to defendant's allegations that my request for extension of filing deadline lacks "good cause". I hope this also explains my relevant incoherence re: docs filed at around this period.

(X) My medical needs remain untreated since the GP hired by the county is too demented to treat a yeast infection nevermind complex neuroimmune disease. The defendant & her deputies facilely claim there's nothing wrong with me. It doesn't help that management has knowingly and willfully segregated me to a part of the jail where an LED lamp with the intensity of a stadium light is kept on 16 hours a day, forcing me to adjust my circadian rhythms in order to accomodate (previously documented) neurosensitivities.

(X) The jail is also completely indifferent to my litigation needs, denying me any access to legal reference material altogether, ironically, as a disciplinary measure in response to my efforts to attend my own court hearing (in lieu of staff actually doing their jobs). I've repeatedly showed this deadline to various officers without much success, probably because it involves a lawsuit against the facility. The Sup't and Captain ignore my written requests, and, even, apparently, my lawyer's phonecalls, and on 2/17/21 Cpl Flood even saw fit to wrestle me for the pencils I used to write this response. I don't understand why these things happen please make it stop

Mailed to US District Court - NH by ⟨⟩ 2/28/21

Grace Woodham, pro per