to the clerk:

A timely objection I filed to the R&R for Woodham (                    ) was misfiled? lost? & as a result case was dismissed. Are you able to retrieve it? I also filed a subsequent one with my last mailing.

I would like the Court to be aware that my jail is interfering with my mail & my ability to meet deadlines might be compromised as a result. I've filed motions in my case against GCDC but is relevant to other case as well. What to do?

— Grace Woodham, pro pa