UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Grace Woodham

    v.                                Civil No. 20-cv-304-LM

Tucker Scheffer

**O R D E R**

On January 12, 2021, the Grafton County Superior Court ("GCSC") dismissed state criminal charges against the plaintiff in this case, Grace Woodham, without prejudice, after finding her to be incompetent to stand trial and unlikely to be restored to competency within twelve months. See Jan. 12, 2021 Order, State v. Woodham, No. 214-2019-CR-214, -259 & -425 (N.H. Super. Ct., Grafton Cty.) ("January 12 GCSC Order"). Pursuant to N.H. Rev. Stat. Ann. § ("RSA") 135:17-a, V, the state court directed that Ms. Woodham be evaluated to determine whether she presents a danger to herself or others and whether she should be civilly committed. See January 12 GCSC Order, at 1-2.

Under Federal Rule of Civil Procedure 17(c)(2), "[t]he court must appoint a guardian ad litem – or issue another appropriate order – to protect a minor or incompetent person who is unrepresented in an action." The GCSC has adjudicated Ms. Woodham as incompetent and, under New Hampshire law, she remains "presumptively incompetent even after [her criminal] case is dismissed." State v. Salimullah, 172 N.H. 739, 746 (2020).

Ms. Woodham has filed a motion (doc. no. 9) in this case asking the court to reconsider its February 24, 2021 Order (doc. no. 7) dismissing her complaint. Because of the state court's finding that Ms. Woodham is incompetent, Rule 17(c)(2) requires this court to evaluate whether, as an unrepresented litigant, she is sufficiently protected in this matter or whether the court should take further action to protect her interests.

As the state court is continuing its evaluation as to Ms. Woodham's dangerousness and whether she should be civilly committed, see RSA 135:17-a, V, this court takes Ms. Woodham's motion for reconsideration (doc. no. 9) under advisement. Once the state court completes its evaluation, and makes a determination as to whether Ms. Woodham should be civilly committed, this court will decide the next appropriate step in this case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

May 28, 2021

cc: Grace Woodham, pro se