Woodham v. GCSC  2019-cv-1194-JL
Woodham v. NHDS  20-cv-236-SM
(habeas) Woodham v. State  20-cv-537-PB
Woodham v. Schaffer  20-cv-236-304-LM

MOTION TO APPOINT CO-COUNSEL (AS GUARDIAN AD LITEM) con't

For the court's edification, I've included an incomplete guide to ME/CFS, the condition for which I've been adjudicated incompetent (Exhibit A).

In a nutshell it's having Ø immunity, exhaustion, constant migraine & neurosensitivities. Presently, the Grafton Attorney is attempting to prove I'm both dangerous to myself or others while this is axiomatically impossible: either I'm too sick to be violent (severe post-exertional malaise makes committing assault extremely low ROI) or I'm too sick to live independently, which is also illogical given their staff GP makes frequent non-sequiturs to let me know exactly how full of shit he thinks I am. To quote a recent medical clinic: "I saw an article about CFS the other day which said it was fake but I can't tell you where, or what it was about b/c I didn't care enough to read it".

The prosecution is trying to obfuscate this internal inconsistency by making shit up, or quoting witnesses whom she knows are lying, and pressuring evaluators to subvert their testimony. It would be easier to contest this were I to have an active civil case against them.

Finally I've attached an incomplete collection of rejection letters from the 30 or so attorneys I've tried to persuade to take on one of my cases, which, thanks to the Roberts 5, is a less lucrative effort than ever. (See Exhibits B, C, D), which on I understand supports appointment of counsel.

I swear the foregoing is true to the best of my knowledge; Mailed to court 7/27/21 w/ Grace Woo[d]
   under penalty of perjury
                                                              Grace Woodham