Woodham v. Schiller, et al   2020-cv-304-LM

FILED - USDC -NH
2021 AUG 23 PM 12:14

MOTION TO AMEND

I've attempted to amend my pleading to cure the defects as stated by the magistrate judge. It's not clear whether the district judge considered these or were misplaced by clerk.

2. I've filed timely objection to R&R which appears to have been lost. I cannot locate this as incarcerated plaintiff.

3. Precedent holds that pro se complaints should not, as a rule, be dismissed without giving the petitioner leave to amend, see Gomez v. USAA Fed. Sav. Bank 171 F.3d 794 (2nd Circ 1999).

4. Ideally, I'd like to correct the issue now before taking it to appeal, & wasting the 1st Circuit's time.

5. I have another legal argument which would render these facts clearly a federal question outside the scope of §1983

Mailed to US District Court, NH 8/15/21 by  Grace Woodham, plaintiff in pro per, Grafton DOC

3761 Colonial Hwy
N Haverhill NH 03774

Clerk of Court
Federal Court - NH
55 Pleasant St
Concord NH 03301

USPS Postage $000.91
AUG 20 2021
MAILED FROM ZIP CODE 03774

ATTENTION!!! This correspondence is forwarded from the Grafton County Department of Corrections. The contents have not been evaluated and the GCDOC is not responsible for the substance or content of the enclosed communication.