US District Court
Woodham v. Scheller et al. 20-cv-304-LM

Motion to Provide Record for IFP Case

I'm requesting the district judge to certify that my appeal is non-frivolous (pls see accompanying notice of appeal) so I may be provided with a copy of the record in order to argue my case, as per 28 USC § 753(f).

(I also need to somehow get my hands on the local rules for this court as well as FRCP-appeals) (no my jail does not have it, and I cannot access the internet...)

Again I'd much rather simply resolve the issue in district court especially if it's a clerical error as I suspect. If the dismissal is "on the merits" I need to be able to match up the decision with the doc #.

Mailed to US District Court, defendants by /s/ Grace Woodham, pro per; GCDC
8/24/21

Woodham v. Scheller   20-CV-304-LM

# NOTICE OF APPEAL

Notice is given hereby that I, Grace Woodham, plaintiff in the above-named case hereby appeal to the US 1st Circuit from the motion to reconsider, denied 8/10/21.

I'd like the Court to note that I believe there has been a clerical error, that I asked for an extension of time on the objection to the R&R & moved, at least constructively, to state a federal claim. I also submitted several motions for reconsideration, of which, perhaps, the clerk submitted only one. The judge should not have ruled on the motion for reconsideration when the objection had not yet been addressed. Again I believe there has been a clerical error and I would prefer this Court address it rather than waste the 1st Circuit's time on what might be an ultimately unnecessary shuffling of paperwork. Thank you for addressing this and can you please advise how I can access a copy of the record given that I am indigent & incarcerated: I really can't analyse the judge's decision or my mistakes of law if I don't know which one is doc #9, for example.

Mailed to US District Court - NH by Grace Woodham (cw) plaintiff, 8/25/21.

**Orders on Motions**
**1:20-cv-00304-LM Woodham v. Scheffer CASE CLOSED on 02/25/2021**

CLOSED

## U.S. District Court

### District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2021 at 1:58 PM EDT and filed on 8/10/2021
**Case Name:** Woodham v. Scheffer
**Case Number:** 1:20-cv-00304-LM
**Filer:**
**WARNING: CASE CLOSED on 02/25/2021**
**Document Number:** No document attached

Docket Text:
**ENDORSED ORDER denying [9] Motion for Reconsideration of [7] Order on Report and Recommendation.** *Text of Order: Plaintiff moves for reconsideration of the court's order denying plaintiff's motion for injunction/summary judgment and approving the report and recommendation. Plaintiff's motion (doc. no. 9) fails to demonstrate that the court's order was based on manifest error of fact or law and is accordingly denied. L.R. 7.2(d).* **So Ordered by Chief Judge Landya B. McCafferty.(gla)**


**1:20-cv-00304-LM Notice has been electronically mailed to:**

**1:20-cv-00304-LM Notice, to the extent appropriate, must be delivered conventionally to:**

Grace Woodham
Grafton County Department of Corrections
3787 Dartmouth College Hwy
North Haverhill, NH 03774

FILED - USDC -NH
2021 SEP 2 AM 11:53

*[Handwritten annotations:]*
- I put in a timely objection to the ~~motion~~ R&R
- I've also expanded the complaint to clearly state a ¢ 1983 claim
- I would like a copy of all files submitted under this docket.
- Can U pls charge to my jail acct (I will try 2 send check but no guarantees)
- Is there any way I can review the docket w/o requesting copies?
- I am in jail & can't visit w terminal & wasn't able 2 make my own copies
- I believe that the clerk has misfiled my documents & accordingly this decision is in error. This is my notice of appeal (however I do that).
- I think the ideal solution is to merge this claim with the 7 against Franconia PD but I don't know how.
- Again I will need copy of the entire record 4 appeal including other active suits
- It seems would be much easier to simply fix the clerical issues @ the district level. Thank you - Grace Woodham, Grafton DoC

Grace Woodhin
5787 Dartmouth Coll Hy
N. Haverhill NH 03771



Clerk of Court
NH Court
55 Pleasant St
Concord NH 03301

ATTENTION!!! This correspondence is forwarded from the Grafton County Department of Corrections. The contents have not been evaluated and the GCDOC is not responsible for the substance or content of the enclosed communication.