UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 20-cv-304-LM

2. TITLE OF CASE: Woodham v. Scheffer

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge McCafferty

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **August 10, 2021**

8. DATE OF NOTICE OF APPEAL: **September 2, 2021**

9. FEE PAID or IFP :NO

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):   and DATES:

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: YES

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: