```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE


Grace Woodham

     v.                              No. 20-cv-304-LM

Scheffer et al


                    CLERK'S CERTIFICATE TO
                    CIRCUIT COURT OF APPEALS

     I,Donna Esposito, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

     DOCUMENTS NUMBERED:16, 15, Endorsed Order dated 8/10/2021, 8

     The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.
```

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 29, 2021

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Donna Esposito, Deputy Clerk**

**Sep 29, 2021**