# United States Court of Appeals
## For the First Circuit

No. 21-1788

GRACE WOODHAM,

Plaintiff - Appellant,

v.

TUCKER SCHEFFER,

Defendant - Appellee,

AUDREY HALL,

Defendant.

Before

Kayatta, Howard and Gelpí,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: August 8, 2022

We assume, in Appellant's favor, that we have jurisdiction to consider the merits of the appeal. After carefully considering Appellant's filings and the record below, we <u>affirm</u> the denial of the motion for reconsideration. Appellant identifies no error in the district court's disposition, and the record reveals none. Among other problems, Appellant never set forth specific factual allegations that would suffice to render her ex-boyfriend liable on her federal claims, and her allegation that he had testified against her in state court would not suffice, even if the allegation had been properly presented below. <u>See</u> <u>Estades-Negroni</u> v. <u>CPC Hosp. San Juan Capestrano</u>, 412 F.3d 1, 5 (1st Cir. 2005) (only rarely can private parties be deemed state actors). The remaining pending motions, to the extent not mooted by the foregoing, are <u>denied</u>.

<u>Affirmed</u>. <u>See</u> 1st Cir. Loc. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:     Grace Woodham, Tucker Scheffer, Audrey Hall