# United States Court of Appeals
## For the First Circuit

No. 21-1788

GRACE WOODHAM,

Plaintiff - Appellant,

v.

TUCKER SCHEFFER,

Defendant - Appellee,

AUDREY HALL,

Defendant.

**MANDATE**

Entered: September 14, 2022

    In accordance with the judgment of August 8, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Audrey Hall
Tucker Scheffer
Grace Woodham